# ALABAMA COURT OF CRIMINAL APPEALS



May 30, 2025

**CR-2024-0190**
Rico Rendell Carter v. State of Alabama (Appeal from Jefferson Circuit Court: CC-20-2043)

## NOTICE

You are hereby notified that on May 30, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk